# EXHIBIT A

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| | | animated cartoons, animated cartoons in the form of cinematographic films, music recordings that can be downloaded from the Internet; downloadable music files, digital music that can be downloaded from the Internet, digital music that can be downloaded from the Internet from MP3 websites, pre-recorded video and audio tapes comprising pre-recorded music; graphics and downloadable ring tones for mobile phones, mobile telephones, cell phones, smartphones; audio recordings, sound recordings and video recording featuring video games, animated cartoons, animated cartoons in the form of cinematographic films, music recordings; pre-recorded music audio tapes; downloadable gaming software; video game software; software applications for mobile telephones, portable multimedia players, tablet computers, smartphones and other mobile computers or communication devices, namely, software applications for sending digital photographs, videos, images and text to others via a global computer network; downloadable computer software applications for use with electronic equipment for playing games, for the transmission, recording, reproduction, display, manipulation and review of messages, text, images, files, audio, video and audio-visual content; computer software for use with electronic equipment for playing games, for the transmission, recording, reproduction, display, manipulation and review of messages, text, images, files, audio, video and audio-visual content; computer game software; downloadable software for use with electronic equipment for playing games, for the transmission, recording, reproduction, display, manipulation and review of messages, text, images, files, audio, video and audio-visual content; computer games programs; file sharing software; communications software for the electronic exchange of data, audio, and video content, images and graphics via computer, mobile, wireless and telecommunication networks; software for processing images, graphics, audio and video content and text; virtual reality headsets, electronic key rings as remote controls for cars, smart rings, cases adapted for tablet computers, protective films designed for smartphones, sunglasses, cases for photographic cameras, protective cases for laptops; bags, covers and cases adapted for portable telephones and telephone equipment; electronic agendas; decorative magnets; refrigerator magnets; hard covers for smartphones; audio and video devices for monitoring babies; spectacle cases, travel cases for computers, for portable telephones, for electronic diaries, for photographic cameras, for pocket calculators, for compact discs or DVDs, for telephone equipment; spectacle frames; graduated rulers; computer mice; holders for telephone handsets for cars; walkie-talkies; mouse pads Class 16. - Paper; cardboard, cardboard articles namely art prints; blank writing journals; calendars; coasters made of paper; greeting cards; notebooks; notepads; postcards; printed recipe cards; stationery; wrapping paper; printed matter, namely newspapers and photographs; printed matter, namely, magazines, books, printed periodicals, newsletters, and brochures in the field of animated cartoons, foreign language learning, grammar and spelling learning, math and science; educational manuals in the field of animated cartoons, foreign language learning, grammar and spelling learning, math and science; printed animated cartoons; promotional pamphlets in the field of animated cartoons; pamphlets in the field of animated cartoons, foreign language learning, grammar and spelling learning, math and science; printed publications, namely brochures, booklets, and teaching materials in the field of animated cartoons; magazines featuring animated cartoons; periodicals featuring animated cartoons; paper and plastic packaging bags; all-purpose small paper and plastic bags and sheets of paper and plastics for packaging; shields, namely, paper seals; paper labels, paper flags; posters; stationery stickers and transfers; graphic prints; pictures; paper tapes and cards for the recording of computer programs; teaching | |
| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| | | material in the form of games books; printed mail response cards relating to magazine subscriptions; printed guides for television and radio programs; spiral notebooks, sketchbooks, address books, birthday books, telephone number books, stationery pads, writing paper and stationery envelopes, adhesive labels made of paper; envelopes in the nature of small bags of paper and plastics for packaging; paper tablecloths of paper, paper napkins of paper, felt-tip pens, coloring pencils, colored pens, mechanical pencils, drafting rulers, drawing rulers, pencil sharpener, erasers, pen and pencil cases, encyclopedias, books namely anniversary books, baby books, manuscript books, drawing books; stencils, school diaries, writing books, mail order catalog for office equipment and requisites, comics, travel books, paper handkerchiefs of paper, paper toilet seat covers of paper; diaries and day planners; stapler; coloring books; photograph albums; sticker albums; office requisites, namely pens, document files, staple removers, correcting fluids for type, rubber bands, correcting tapes, paper cutters and stationery; comic strips; paper pads; pencil boxes; boxes of cardboard; folders for papers; files folders; school supplies, namely writing instruments, pens, pencils, mechanical pencils, erasers, markers, crayons, highlighter pens, folders, notebooks, paper, protractors as drawing instruments, paper clips, pencil sharpeners, writing grips, glue for stationery use and book marks ; sticker books; printed indexes in the field of telephone indexes, drawing pencil

Class 18 - Leather and imitations of leather, travel trunks, suitcases, trunks, travel cases, attaché cases for documents, briefcases, travel bags, garment bags for travel, footwear bags for travel, leather travel luggage sets, make-up bags sold empty, reusable shopping bags, unfitted vanity cases, hat boxes of leather, backpacks, handbags, sports bags, bags for climbers in the nature of all-purpose carrying bags, bags for camper in the nature of all-purpose carrying bags, schoolbags, plush bags in the nature of all-purpose carrying bags, school satchels, schoolbags, beach bags, wheeled bags, shopping bags, net bags for shopping, tool bags sold empty, purses, card holders wallets, wallets, coin purses, music cases, sling bags for carrying infants, waist bags, bags, namely grip bags, book bags, school bags, weekend bags, evening bags, roll bags, overnight bags, bags of leather for packaging; bags for bicycles, namely, book bags, school bags, weekend bags, evening bags, roll bags, overnight bags small leather bags for packaging; parasols, umbrellas, umbrella covers; umbrella sticks; walking sticks, whips, saddlery, collars, leashes and clothing for animals, covers for umbrellas or parasols, leather key cases, waist pouches, horse tack, namely, bridles, reins, leads, bits, stirrup leathers, girth straps, lunge lines, halters, shoulder belts, girth straps of leather; leather laces, straps; horse tack, namely, leather lunge lines, strips, shoulder belts and loops; coverings of skins namely furs sold in bulk; animal skins, reins for guiding children, luggage tags, tags of leather, hiking bag, key ring pouches

Class 24.- Fabrics, namely cotton, woven and knit fabrics, bed linen, bed blankets, bed covers, bed sheets, bedspreads, quilts, sheets, pillowcases, pillow covers, quilt covers, household linen; table linen not of paper, bath linen excluding clothing, towels, bath towels, beach towels, textile table napkins of textile, tablecloths, children's towels, wall hangings of textile, curtains of textile, indoor and outdoor shutters in the nature of curtains, net curtains, shower curtains, sleeping bags, make-up removing napkins of textile, mosquito nets, household linen, handkerchiefs of textile, unfitted textile seat cover of textile; unfitted seat cover of textile, baby bunting, baby sleeping bags bunting bags, cloth labels, sleeping bags for camping, fitted covers for toilet lids, banners of | |
| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |

| Reg. No. | Word/Design Mark | Class(es) | Reg. Date |
|---|---|---|---|
| | | textile or plastic, flags of textile or plastic; bibs for babies; cradle canopies, bed bumpers of textile, cradle bumpers of textile<br><br>Class 25 - Lingerie, underwear, underpants; pajamas, nightwear, dressing gowns, robes, including bath robes; sweaters, trousers, skirts, dresses, cardigans; pullovers; tank tops; vests; jackets; gabardines being clothing; raincoats; coats, shirts and blouses, sarongs; short-sleeve shirts; tee-shirts; sweatshirts; shorts; Bermuda shorts; layettes as clothing, scarves, neckties, bow ties; scarves, gloves, mittens; hats, headgear, namely hats; caps being headwear; visors being headwear; berets; caps, namely bathing caps; hosiery; bandanas; headbands; turbans; ear muffs; clothing being neck warmers; mufflers as neck scarves, neck scarves; pocket squares; belts; leather belts, cloth belts; suspenders; socks, stockings, tights; footwear except orthopedic footwear, shoes and slippers, carpet slippers; boots, half-boots, sneakers, beach shoes; ski boots; soles for footwear; non-slipping soles for footwear; clogs namely wooden shoes; esparto shoes and sandals; sandals, including bathing sandals; briefs, including bathing trunks, jerseys, including swimwear; sportswear namely sweaters, trousers, cardigans; sports shorts; rainwear, fleece clothing namely sweaters, trousers, skirts, dresses, cardigans; fur clothing; leather clothing namely sweaters, trousers, skirts, dresses, cardigans; imitation leather clothing, namely, shirts, pants, shorts, jackets, coats, vests, dresses and skirts; polo shirts, pullovers made of cotton, parkas, survestes, namely clothing vests, overcoats; trench coats; blousons; pelerines; hoods for clothing; pelisses; stuff jackets; ponchos; suits; masquerade costumes, fancy dress; uniforms; overalls; aprons; suits, leisure footwear, canvas footwear, flip flops; romper suits; bodysuits for babies<br><br>Class 28 - Games, namely tabletop games, manipulative games, building games, party games, chess games, arcade games, ring games, target games, pinball games, checkers games, board games; toys, namely, board games, logic games; strategy games, namely tabletop games, manipulative games, building games, party games, chess games, arcade games, ring games, target games, pinball games, checkers games, board games; hand-held non-electric skill games; machines for playing games of chance; action skill games, educational games for children and families, for one and/or more players, made up of various elements of cardboard, paper, wood, plastic, baize and/or other materials and/or sheets/cards and/or boards and/or figurines; soft sculpture toys; stuffed toy animals; inflatable pools for leisure activities; building blocks as toys; playing cards, board games, gymnastic and sports articles, namely volleyball standards, weight lifting benches, weight lifting training machines, chalk stands for gym chalk for improving hand grip in sports activities, uneven parallel bars, balance beams, vaulting horses, pommel horses, parallel bars, gymnastic rings, vaulting boards, tumbling and twisting belts, skill development foam shapes, and chinning bars except clothing, mats and footwear; rackets and balls for games; skis and ski bindings; snowshoes; flippers for swimmers; roller skates; skateboards; toy scooters; covers for roller skates; surfboards; fencing weapons; boxing, baseball and golf gloves; decorations for Christmas trees except lighting articles and confectionery; fishing rods, fishing-rod reels, fish hooks; exercise machines and body-building apparatus, stationary exercise bicycles; toys for pets; bubble making wand and solution sets soap bubbles; soccer goals; jigsaw puzzles; kites; novelty plush toys and noise makers for parties; paper party favors; paper party hats; paper face masks; confetti; toy figurines; toy action figures toys; articulated toy figures; inflatable toys; talking toys; bathtub toys; stuffed puppets; fantasy character toys; piñatas; rag dolls; talking dolls; inflatable bop bags; snow | |

| Reg. No. | Word/Design Mark | Class(es) | Reg. Date |
|---|---|---|---|
| | | globes; wrist straps for sports equipment board, namely, windsurfing boards, paddleboards; flotation devices in the form of swim boards for recreational use; water wings; swimming belts; swimming floats for recreational use; foam floats for swimming; inflatable swimming floats; swimming jackets; automatic games other than those that are prepaid and those designed for use only with television sets, namely, tabletop games, manipulative games, building games, party games, chess games, arcade games, ring games, target games, pinball games, checkers games, board games; toys, namely, board games, logic games; floor standing units and tabletop units for playing electronic video games other than those designed for use only with television sets; machines for playing games of chance, video game joysticks, game console controllers, masts for sailboards, toy exploration kits for environmental discovery comprised of magnify glass, Functioning binoculars, whistle, and compass; balloons; baby rattles; bendable toys; party favors in the nature of small spinning novelty toys; ride-on toys, mechanical moving toys; toys for pushing; stuffing materials for soft toys; toys for pulling; electronic and battery operated action toys; lever-operated action toys; battery-operated action toys; electric action toys; electronic action toys; mechanical action toys; crib toys; construction toys; infant development toys; early learning mats for babies namely, infant developments toys; early learning infant development toys for cradles; plastic character toys; water-squirting toys; mechanical toys; wind-up toys of metal; plastic wind-up toys of plastic; wind-up walking toys; multi-activity toys for babies; children's multiple activity toys; musical toys; dolls' houses; toy mobiles; spinning tops

Class 30 -Coffee; tea; cocoa; chocolate; sugar; rice; tapioca; sago; artificial coffee; flour and preparations made from cereals namely bread; bread rolls; pastry; cakes; brioche; pancakes; savory and salty biscuits; cocktail biscuits; flour-based preparations namely breads and cakes; seed snacks namely breads and cakes; processed cereals prepared for a human diet; gingerbread; rusks; frozen confectionery; almond paste; edible ices; honey; golden syrup; yeast; baking powder; salt; pepper; mustard; vinegar; sauces; salad dressings; mustard; ketchup; mayonnaise; spices; preserved garden herbs; seasonings; ice for refreshment; beverages based on coffee, tea, cocoa, chocolate; pasta; semolina; pizzas; tacos; sandwiches, processed grains used as seasoning, lollipops, chewing gum; ice and ice cream pops; candy; chocolate decorations for cakes; sweets; confectionery for decorating cakes, namely fondants. | |
| 5107091 | molang | Class 25 - Footwear; inner soles; women's shoes; training shoes; infants' shoes and boots; sports wear, namely, jogging suits, shorts, sweatshirts; training wear, namely, running pants, t-shirts; clothing of leather, namely, leather pants and jackets; men's suits; long jackets; long coats; short trousers; skirts; children's clothing, namely, t-shirts, tops, bottoms; two piece suits; trench coats; knitted caps; caps; baseball caps; clothing, namely, ties, swim suits, socks.

Class 27 - Straw mats; Japanese floor mats; matting; linoleum; floor coverings; paper bath mats; fur rugs; non-slip bath mats; carpet underlay; wallpaper; vinyl floor coverings; non-textile wall hangings; bath mats; carpets and rugs; automobile carpets; Goza rush mats; textile wallpaper; carpet tiles; door mats; reed mats

Class 28 - Rubber character toys; mascot dolls; toy construction sets; musical toys; playing balls; toy building blocks; metallic toys, namely, toy | December 27, 2016 |

| Reg. No. | Word/Design Mark | Class(es) | Reg. Date |
|---|---|---|---|
| | | cars; wooden toys, namely, cars and trucks; stuffed toys; stuffed dolls; plastic character toys. | |