# EXHIBIT B

| Copyright Title | Registration No. | Year of Publication |
|---|---|---|
| *Molang: Butterfly Chase.* | TX0008540345 | 2017 |
| *MOLANG: Dress Up/ Mix & Match.* | TX0008660600 | 2018 |
| *MOLANG: Loves.* | TX0008542698 | 2018 |
| *Molang: Molang and Piu Piu.* | TX0008586339 | 2018 |
| *MOLANG: Spooky Halloween.* | TX0008613276 | 2018 |
| *MOLANG: The Book of Happy.* | TX0008679413 | 2018 |